UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>A. KHOO, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01047-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>[ECF No. 10] |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 3, 2020, Plaintiff filed a second motion to proceed in forma pauperis. (ECF No. 8.) Because Plaintiff was granted in forma pauperis status on August 3, 2020, Plaintiff's second motion to proceed in forma pauperis is denied as MOOT.

IT IS SO ORDERED.

Dated: __August 5, 2020__

UNITED STATES MAGISTRATE JUDGE

1