UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>            Plaintiff,<br><br>    v.<br><br>A. KHOO, et al.,<br><br>            Defendants. | No. 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Dana Gray is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2020, the assigned magistrate judge issued the pending findings and recommendations, recommending that plaintiff's motion for a preliminary injunction (Doc. No. 9) be denied. (Doc. No. 13.) Specifically, the magistrate judge found the court is unable to determine whether plaintiff is likely to succeed on the merits of her claims because her complaint has not yet been screened. (*Id.* at 2–3.) The magistrate judge also found that since no defendant has yet appeared in this action, the court does not have jurisdiction to order the injunctive relief that plaintiff is seeking in her pending motion. (*Id.* at 3.) On August 17, 2020, plaintiff filed timely objections to the pending findings and recommendations. (Doc. No. 14.)

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

In her objections, plaintiff "concedes that it will be most practical for this Court to keep [her] preliminary injunction [motion] pending until the case is screened . . . and Defendants can be served." (Doc. No. 14 at 2.) She therefore requests that her motion for a preliminary injunction remain pending until her complaint can be screened. (*Id.*) The court will decline that request. For the reasons set forth in the pending findings and recommendations, plaintiff's motion for a preliminary injunction will be denied without prejudice to its refiling at the appropriate time if plaintiff wishes to pursue that relief. In this regard, plaintiff need not actually file another motion for preliminary injunction on the docket but instead can simply file a re-notice Docket Number 9.

Accordingly,

1. The findings and recommendations issued on August 6, 2020 (Doc. No. 13) are adopted in full; and,
2. Plaintiff's motion for a preliminary injunction (Doc. No. 9) is denied without prejudice to its refiling.

IT IS SO ORDERED.

Dated: **September 1, 2020**

UNITED STATES DISTRICT JUDGE