UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>        Plaintiff,<br><br>   v.<br><br>A. KHOO, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE THIS ACTION<br><br>(ECF No. 18) |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 14, 2020, the Court screened Plaintiff's first amended complaint, found that Plaintiff stated a cognizable deliberate indifference claim against Defendants Mitchell, Singh, Showalter, and Song for denial of her revision surgery, and against Defendant Mitchell for ordering that she be provided no pain medication in December 2019, and a medical malpractice claim against Defendants Mitchell, Singh, Showalter, and Song for denial of her revision surgery. (ECF No. 18.) The Court granted Plaintiff thirty days to either file a second amended complaint or notify the Court of her intent to proceed only on the claims found to be cognizable. (Id.)

After receiving two extensions of time, Plaintiff has failed to respond to the Court's October 14, 2020 order and the time to do so has now expired.

1

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed for failure to comply with a court order and failure to prosecute this action;
2. Plaintiff may comply with this order by either filing a second amended complaint or notice of intent to proceed on the claims found to be cognizable; and
3. The failure to comply with this order will result in a recommendation that the action be dismissed for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **December 15, 2020**

UNITED STATES MAGISTRATE JUDGE

2