# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>            Plaintiff,<br><br>      v.<br><br>A. KHOO, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DISCHARGING DECEMBER 15, 2020 ORDER TO SHOW CAUSE<br><br>(ECF No. 23) |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 15, 2020, an order issued requiring Plaintiff to either show cause why this action should not be dismissed for failure to comply with a court order or file a second amended complaint.  (ECF No. 23.)  On December 21, 2020, Plaintiff filed a second amended complaint.  (ECF No. 24.)

Accordingly, the order to show cause, filed December 15, 2020, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 23, 2020**

UNITED STATES MAGISTRATE JUDGE

1