UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>A. KHOO, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DANA GRAY, CDCR #W-76776 |

A settlement conference in this matter commenced on July 28, 2021. Inmate Dana Gray, CDCR #W-76776 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __July 28, 2021__             /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE