UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>               Plaintiff,<br><br>v.<br><br>A. KHOO, et al.,<br><br>               Defendants. | Case No. 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE DANA GRAY**, CDCR #W-76776 VIA VIDEO CONFERENCE<br><br>DATE: September 15, 2021<br>TIME: 9:30 a.m. |

    **Inmate Dana Gray**, **CDCR #W-76776**, a necessary and material witness on her own behalf in a Settlement Conference on September 15, 2021, is confined at the Central California Women's Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to **appear by video conference from her present institution (via Zoom)** before Magistrate Judge Barbara A. McAuliffe, on September 15, 2021, at 9:30 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video (via Zoom)** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Warden of the Central California Women's Facility:**

    **WE COMMAND** you to produce the inmate named **above to appear by video (via Zoom)** at the time and place above, until completion of the settlement conference, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **August 16, 2021**　　　　　　　　　／s／ _____
                                                                    UNITED STATES MAGISTRATE JUDGE

