**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA GRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. KHOO, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S NOTICE RE: SETTLEMENT CONFERENCE FILED ON AUGUST 20, 2021<br><br>(ECF No. 50) |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference on September 15, 2021, before Magistrate Judge Barbara A. McAuliffe.

On August 20, 2021, Plaintiff filed a notice expressing her desire to continue the settlement conference until after a consultation with a neurosurgeon. (ECF No. 50.) Defendants are HEREBY directed to file a response to Plaintiff's notice within **five (5)** days from the date of service of this order indicating whether they believe the settlement conference should be vacated and/or continued.

IT IS SO ORDERED.

Dated: __August 23, 2021__　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1