UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>            Plaintiff,<br><br>      v.<br><br>A. KHOO, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 15, 2021<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference on September 15, 2021, before Magistrate Judge Barbara A. McAuliffe.

On August 20, 2021, Plaintiff filed a notice expressing her desire to continue the settlement conference until after a consultation with a neurosurgeon. (ECF No. 50.)

Pursuant to the court order, Defendants filed a response to Plaintiff's notice on August 30, 2021, and indicate that the parties have met and conferred and do not believe that the currently-

1

scheduled September 15, 2021 conference will be fruitful.[1]  However, Defendants submit that if they believe a settlement conference will be worthwhile, they will promptly request for a conference. Based on the parties filings, the Court finds good cause to vacate the settlement conference on September 15, 2021.

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference scheduled for September 15, 2021 is VACATED;
2. The writ of habeas corpus ad testificandum issued on August 16, 2021 (ECF No. 49), is VACATED; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **September 1, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously conducted two settlement conferences and continued the last conference to allow Plaintiff to consult with her primary care physician and to discuss the proposed settlement terms with defense counsel.  (ECF Nos. 43, 47.)