UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO TERMINATE DEFENDANT B. SHOWALTER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>(ECF Nos. 60, 62) |

　　　　Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 21, 2022, Plaintiff filed a notice to voluntarily dismiss Defendant B. Showalter from the action.  (ECF No. 60.)  On January 26, 2022, Defendant consented to such dismissal.  (ECF No. 62.)  Pursuant to the parties agreement, it is HEREBY ORDERED that Defendant B. Showalter is terminated from the action.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: __January 27, 2022__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1