UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRESENCE OF "JAILHOUSE LAWYER" AT HER DEPOSITION<br><br>(ECF No. 68) |

　　　　Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion of the presence of his jailhouse lawyer at his deposition, filed March 3, 2022. Plaintiff requests that inmate Donna Anderson be physically present at her deposition.

　　　　While prisoners do have a constitutional right of access to the courts, see Bounds v. Smith, 430 U.S. 817 (1977), as well as a "right to receive assistance from other prisoners," those rights are "conditioned upon a showing that the inmate[ ] in question did not have adequate access to the court without the help of another prisoner." Oster v. Clarke, No. C07-5508, 2009 WL 279056, at *4 (W.D. Wash. Feb. 2, 2009) (internal citations and quotations omitted). Here, Plaintiff contends that Anderson is highly familiar with the evidence. However, Plaintiff fails to assert that she does not have

1

meaningful access to the courts without Anderson's assistance. Nor does the Court find that Plaintiff's access to the courts has been hampered by Anderson's absence.  Because Plaintiff neither alleges facts nor provides evidence to support a finding that she is unable to pursue this litigation on her own, Plaintiff's constitutional right of access to the courts has not been violated by the transfer of her "jailhouse lawyer." See Buise v Hudkins, 584 F.2d 223, 228 (7th Cir. 1978) ("[P]risoners are entitled to receive assistance from jailhouse lawyers where no reasonable alternatives are present and to deny this assistance denies the constitutional right of access to the courts.")  Accordingly, Plaintiff's request that inmate Donna Anderson be physically present at her deposition is denied.

IT IS SO ORDERED.

Dated:   **March 4, 2022**

UNITED STATES MAGISTRATE JUDGE