**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA GRAY,<br><br>             Plaintiff,<br><br>      v.<br><br>A. KHOO, et al.,<br><br>             Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO DISMISS DEFENDANT I. SINGH<br><br>(ECF No. 77) |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 28, 2022, the parties filed a stipulation to dismiss all claims against Defendant I. Singh.

Good cause having been presented, it is HEREBY ORDERED that all claims against Defendant I. Singh are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **March 29, 2022**

_____
UNITED STATES MAGISTRATE JUDGE