UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURTESY COPY OF DEPOSITION TRANSCRIPT<br><br>(ECF No. 82) |

　　　　Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for a courtesy copy of the deposition transcript, field April 18, 2022.

　　　　The officer must furnish a copy of the deposition to plaintiff upon payment of reasonable charges. Fed. R. Civ. Pro. 30(f)(3). There is no provision under the Federal Rules or the Local Rules for free copies of deposition transcripts. Further, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The *in forma pauperis* statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant motion.

1

Accordingly, Plaintiff's request for a copy of the transcript of his deposition, filed April 18, 2022, is DENIED.

IT IS SO ORDERED.

Dated: **April 20, 2022**

UNITED STATES MAGISTRATE JUDGE