**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRIAL PROCEDURES AS PREMATURE<br><br>(ECF No. 84) |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion regarding the trial procedures, filed April 18, 2022. Plaintiff requests information regarding witness fees and whether a trial will be held virtually. Plaintiff's request is premature as this case is not set for trial. In addition, if the case does proceed to trial the Court will at that time advise Plaintiff on the proper procedures and/or applicable witness fees. Accordingly, Plaintiff's motion regarding the trial procedures is denied as premature.

IT IS SO ORDERED.

Dated:   **April 20, 2022**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1