UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR NOTIFICATION OF ANY DEPOSITIONS CONDUCTED BY DEFENDANTS<br><br>(ECF No. 81) |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for notification of any depositions conducted by Defendants, filed April 18, 2022. Plaintiff requests to receive notification of any depositions conducted by Defendants and requests they be conducted by video in order to allow her to appear. (ECF No. 81.)

///

///

///

///

///

1

Plaintiff is advised that Federal Rule of Civil Procedure 30, requires that a "party who wants to depose a person by oral questions must give reasonable written notice to every other party." Fed. R. Civ. P. 30(b)(1).  However, the Court cannot and will not dictate the manner in which the deposition is conducted.  Accordingly, Plaintiff's request that Defendants conduct any and all deposition by video is DENIED.

IT IS SO ORDERED.

Dated:   **April 20, 2022**

UNITED STATES MAGISTRATE JUDGE