UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-01047-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 74, 79) |

Plaintiff Dana Gray is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for summary judgment (Doc. No. 74) be denied without prejudice and that defendants' motion for an extension of time in which to file an opposition to plaintiff's motion for summary judgment be denied as having been rendered moot. (Doc. No. 79.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) On April 18, 2022, plaintiff filed a notice of concurrence with the pending findings and recommendations. (Doc. No. 83.) No other objections have been filed by either party and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 29, 2022 (Doc No. 79) are adopted;
2. Plaintiff's motion for summary judgment (Doc. No. 74) is denied;
3. Defendants' motion for an extension of time in which to file an opposition (Doc. No. 76) is denied as having been rendered moot; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **April 25, 2022**

UNITED STATES DISTRICT JUDGE