UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. KHOO, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TIME TO REVIEW THE DEPOSITION TRANSCRIPT<br><br>(ECF No. 89) |

Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to extend the time to review the deposition transcript, filed April 27, 2022. Plaintiff submits that the deposition officer sent a letter dated, April 8, 2022, indicating that the deposition transcript was ready for review, but Plaintiff did not receive the transcript until April 18, 2022. Plaintiff contends that she cannot review and return the transcript through the United States Postal Service by the May 8, 2022 deadline and requests an additional thirty days to review and return the transcript.

Federal Rule of Civil Procedure 30(e) allows for deponents to review deposition transcripts, "[o]n request by the deponent or a party before the deposition is completed." See Fed. R. Civ. P. 30(e)(1) ("On request by the deponent or a party before the deposition is completed, the deponent

1

must be allowed 30 days after being notified by the officer that the transcript or recording is available in which: (A) to review the transcript or recording; and (B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.").

Rule 6(b) of the Federal Rules of Civil Procedure provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time ... on motion made after the time has expired if the party failed to act because of excusable neglect." See Fed. R. Civ. P. 6(b)(1).

Based on a showing of good cause, it is HEREBY ORDERED that Plaintiff is granted until **June 8, 2022**, to review and return a signed statement listing any changes to her deposition transcript.

IT IS SO ORDERED.

Dated:   **April 28, 2022**

UNITED STATES MAGISTRATE JUDGE