UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01047-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE THE DEPOSITION OF INMATE TOVAR<br><br>(ECF No. 95) |

　　　　Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to vacate the deposition of inmate Tovar, filed May 23, 2022.  Defendants filed an opposition on June 10, 2022.  Although the time for a reply has not expired, the Court deems Plaintiff's motion submitted.  Local Rule 230(l).

　　　　Plaintiff contends that Defendants took the deposition of inmate Tovar on April 26, 2022, without making arrangements for him to attend.  However, Defendants submit that the deposition of inmate Tovar did not occur, and Plaintiff was served with both the notices of deposition and notice that the deposition had been cancelled. (Declaration of J. Gronna at ¶¶ 3-4.)  Accordingly, Plaintiff's motion to vacate the deposition of inmate Tovar is DENIED.

IT IS SO ORDERED.

Dated: **June 13, 2022**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1