UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>          Plaintiff,<br><br>     v.<br><br>R. MITCHELL, ET. AL.,<br><br>          Defendants. | 1: 20-cv-01047-DAD-SAB (PC)<br><br>NEW CASE NUMBER:<br><br>**1: 20-cv-01047-SAB (PC)**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Dale A. Drozd to the docket of United States Magistrate Judge Stanley A. Boone, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:20-CV-01047-SAB (PC)**

IT IS SO ORDERED.

Dated:   **July 22, 2022**                              _____
                                                                    UNITED STATES DISTRICT JUDGE

1