**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA GRAY,<br><br>        Plaintiff,<br><br>  v.<br><br>A. KHOO, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01047-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION TO REACTIVE PRIOR MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(ECF Nos. 97, 102) |

      Plaintiff Dana Gray is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 6, 2022, Findings and Recommendations were issued recommending that Plaintiff's motion to reactivate her prior motion for summary judgment be denied, without prejudice, to refiling a new and complete motion for summary judgment with supporting statement of undisputed facts pursuant to Local Rule 260(a). (ECF No. 102.) The Findings and Recommendations were served on the parties and contained notice that objections were due within fourteen days. (Id.)

      On July 11, 2022, Plaintiff filed a renewed motion for summary judgment. (ECF No. 105.)

      On July 26, 2022, Plaintiff filed objections to the Findings and Recommendation. (ECF No. 109.) In her objections, Plaintiff merely states that the Findings and Recommendations have been rendered moot by the filing of a subsequent motion for summary judgment. (Id.) On this same date, Plaintiff filed an amended statement of undisputed facts. (ECF No. 113.)

1

Subsequent to the July 6, 2022 Findings and Recommendations, this action has been reassigned to undersigned pursuant to the consent of the parties. (ECF No. 109.) Accordingly, the Court will vacate the Findings and Recommendation and deny Plaintiff's motion to reactive the prior motion for summary judgment as moot.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation issued on July 6, 2022 (ECF No. 102) is vacated;
2. Plaintiff's motion to reactive the prior motion for summary judgment (ECF No. 97), filed on June 15, 2022 is denied, without prejudice; and
3. Plaintiff's renewed motion for summary judgment will be reviewed after it is fully briefed and deemed submitted.

IT IS SO ORDERED.

Dated: **August 2, 2022**

UNITED STATES MAGISTRATE JUDGE