# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. KHOO, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01047-SAB (PC)<br><br>ORDER ASSIGNING DISTRICT JUDGE ANA de ALBA TO CASE FOR LIMITED PURPOSE OF RULING ON MOTION TO WITHDRAW CONSENT<br><br>(ECF Nos. 55, 56) |

Plaintiff Dana Gray is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action proceed against Defendants G. Song, R. Mitchell, and Doctor Ola for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

Pursuant to 28 U.S.C. § 636(c)(1), the Court was informed that all parties had consented to conduct all further proceedings in this action before a U.S. Magistrate Judge, including trial and entry of judgment. (ECF Nos. 55, 56 (Plaintiff's consent); ECF No. 107 (Defendants' consent).) On July 22, 2022, then-assigned District Judge Dale A. Drozd issued an order assigning this action to the undersigned for all purposes pursuant to the consent of all parties. (ECF No. 108.)

On August 1, 2022, Plaintiff filed a motion to withdraw her consent to Magistrate Judge jurisdiction.  (ECF No. 117.)  Only a District Judge may rule on a motion to withdraw consent to Magistrate Judge jurisdiction. Branch v. Umphenour, 936 F.3d 994, 1003 (9th Cir. 2019).

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign District Judge Ana de Alba (successor to previously assigned District Judge Dale A. Drozd) to this action for the limited purpose of the disposition of Plaintiff's motion to withdraw consent to Magistrate Judge jurisdiction, (ECF No. 117).

IT IS SO ORDERED.

Dated: **August 30, 2022**

UNITED STATES MAGISTRATE JUDGE