# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. KHOO, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01047-ADA-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANTS' MOTION TO AMEND THE ANSWER AND MODIFY THE SCHEDULING ORDER AS WITHDRAWN<br><br>(ECF Nos. 122, 128) |

Plaintiff Dana Gray is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 23, 2022, Defendants filed a motion to amend the answer and modify the scheduling order. (ECF No. 122)

On October 19, 2022, Defendants filed a notice to withdraw their motion to amend the answer and modify the scheduling order. (ECF No. 128.) Accordingly, it is HEREBY ORDERED that the Clerk of Court is directed to terminate Defendants' motion to amend the answer and modify the scheduling order pursuant to notice of withdrawal.

IT IS SO ORDERED.

Dated:  **October 20, 2022**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE