# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01047-ADA-SAB (PC)<br><br>ORDER PARTIALLY GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 145) |

Dana Gray ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion for an extension of time to file a reply to Defendants' opposition (ECF No. 142) to her motion to dismiss Defendants' cross-motion for summary judgment and other miscellaneous motions (ECF Nos. 136, 137, 138, 139, 140). (ECF No. 145.) The Court previously granted Plaintiff's request for a 30-day extension of time based on Plaintiff's proffer that she was unable to access the law library due to covid-related shutdowns, lockdowns related to the holiday season, and a lack of available staff. (ECF Nos. 143, 144.) The instant request seeks a 90-day extension on the bases that Plaintiff's "Jail House Lawyer" is currently unavailable to assist Plaintiff due to an attempted suicide, causing Plaintiff to require "extra time to file proper filings," and that Plaintiff recently had hand surgery and has other upcoming medical appointments. (ECF No. 145.) The Court finds good cause exists to grant Plaintiff an extension of time, but shall grant 30 days at this time. Plaintiff may

seek additional extensions upon showing of good cause.

    Accordingly, it is HEREBY ORDERED that Plaintiff is granted a 30-day extension of time to file a reply to Defendants' opposition to her motion to dismiss and other motions.

IT IS SO ORDERED.

Dated: **December 30, 2022**

                                      UNITED STATES MAGISTRATE JUDGE