# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. KHOO, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01047-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO STAY CASE<br><br>(ECF No. 157) |

Plaintiff Dana Gray is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request to stay the case, filed March 31, 2023. Plaintiff seeks a stay of the case for 120 days and submits that she has been approved for lumbar revision surgery and is having three major surgeries over two days. (ECF No. 157.) Plaintiff's motion must be denied as there are currently no pending deadlines. The parties motions for summary judgment are deemed submitted and will be ruled on in due course. Accordingly, Plaintiff's motion to stay the case is denied.

IT IS SO ORDERED.

Dated:   **April 3, 2023**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1