UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>         Plaintiff,<br><br>    v.<br><br>A. KHOO, et al.,<br><br>         Defendants. | No. 1:20-cv-01047-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 174) |

Plaintiff Dana Gray is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a settlement conference, filed on September 25, 2024. (ECF No. 174.) Plaintiff's request shall be denied.

On June 23, 2023, Findings and Recommendations were issued recommending that Plaintiff's motion for summary judgment be denied and Defendants' motion for summary judgment be granted. (ECF No. 159.) The parties were 21 days within which to file any objections. (Id. at 38.)

Plaintiff filed objections on July 18, 2023, and Defendants filed a response on July 27, 2023. (ECF Nos. 162, 164.) The Findings and Recommendations are currently pending review by the assigned District Judge. Fed R. Civ. P. 72(b); Local Rule 302. Thus, no final ruling has been made on the parties motions for summary judgment and a settlement conference, at this

1

juncture, does not appear beneficial.

Magistrate Judge Barbara A. McAuliffe previously conducted two separate settlement conferences (ECF Nos. 43, 47), and a third conference was vacated as a further conference was deemed to not be fruitful (ECF No. 53). Since the Court has already conducted two settlement conferences in this action, no further conferences will be arranged or held by the Court. However, the parties are free to negotiate among themselves to reach an agreement, if feasible. Accordingly, Plaintiff's motion for a further settlement conference is DENIED.

IT IS SO ORDERED.

Dated:   **September 26, 2024**

UNITED STATES MAGISTRATE JUDGE

2